UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE CHURCHILL SHOVE, SR., | No. 2:24-cv-01976-TLN-JDP |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner Theodore Churchill Shove, Sr. ("Petitioner"), a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 16, 2025, the magistrate judge filed findings and recommendations herein which was served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 59.) Petitioner has filed objections to the findings and recommendations. (ECF No. 65.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed April 16, 2025 (ECF No. 59), are ADOPTED IN FULL;

3     2. The operative petition (ECF No. 47) is DISMISSED without leave to amend for failure to state a cognizable federal habeas claim;

4     3. Petitioner's remaining motions (ECF Nos. 61, 62, 63 & 66) are DENIED as moot;

5     4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

6     5. The Clerk of Court is directed to close this case and to enter judgment accordingly.

IT IS SO ORDERED.

Date: May 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2